

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO. 3:20MJ156LRA

SHAMAR N. BETTS                                  DEFENDANT

### ORDER APPOINTING COUNSEL

The Defendant has satisfied the Court after appropriate inquiry that he/she (1) does not wish to waive representation by counsel, and (2) is financially unable to obtain counsel.

IT IS ORDERED that the Federal Public Defender is appointed to represent the Defendant for all further proceedings and shall remain in effect until terminated or a substitute attorney is appointed or retained.

ORDERED June 9, 2020.

                                                                   /s/ Linda R. Anderson
                                                                   LINDA R. ANDERSON
                                                    UNITED STATES MAGISTRATE JUDGE