UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 20-mj-7081 |
| | ) |
| SHAMAR N. BETTS, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF ATTORNEY APPEARANCE

NOW COMES Karl W. Bryning and enters his appearance as an attorney of record for Defendant Shamar N. Betts. Elizabeth Pollock remains lead counsel of record for Mr. Betts in the above-captioned case.

                                            Respectfully Submitted,

                                            THOMAS W. PATTON
                                            Federal Public Defender

                            BY:    s/Karl W. Bryning
                                            KARL W. BRYNING
                                            Assistant Federal Public Defender
                                            401 Main Street
                                            Peoria, Illinois 61602
                                            Telephone: (309) 671-7891
                                            Facsimile:  (309) 671-7898
                                            Email: Karl_Bryning@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the assigned Assistant United States Attorney.

s/Karl W. Bryning
KARL W. BRYNING
Assistant Federal Public Defender
401 Main Street
Peoria, Illinois 61602
Telephone: (309) 671-7891
Facsimile:  (309) 671-7898
Email: Karl_Bryning@fd.org
