E-FILED
Wednesday, 08 July, 2020 03:54:31 PM
Clerk, U.S. District Court, ILCD
FILED
JUL - 7 2020
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 20-CR-200 47 |
| | ) | |
| SHAMAR BETTS, | ) | Title 18, United States Code, |
| | ) | Sections 2101(a). |
| Defendant. | ) | |

INDICTMENT

COUNT 1
(Inciting a Riot)

**THE GRAND JURY CHARGES:**

1. On or about May 30 and 31, 2020, the defendant, SHAMAR BETTS, posted to a Facebook Account a flyer inciting, promoting, and encouraging a riot at Market Place Mall located at 2000 North Neil Street and businesses located in the area of Neil Street and Prospect Avenue in Champaign, Champaign County, in the Central District of Illinois. The flyer included an image of a burning vehicle and encouraged people to bring bricks. BETTS also posted a message along with the flyer, encouraging people to "put Champaign/Urbana on the map" and make them "fear us."

2. Thereafter, more than 50 persons, including BETTS, assembled at Market Place Mall and began rioting by engaging in acts of violence that constituted a clear and present danger and resulted in damage to the property of businesses located at the mall. The assemblage broke out windows of businesses, vandalized the businesses, and

looted merchandise from within the businesses. BETTS participated in the rioting and looting by taking clothing from a vandalized business located at Market Place Mall.

3. As the riot began, BETTS further incited, promoted, and encouraged the riot by posting a video on Facebook Live stating, "Look what a n[***]a just started…look what a n[***]a just started. We out here…we out here…we out here…we out here. All ya'll talking that s[**]t under my post…we out here. F[**]k that I needs that…we out here."

4. During the riot, BETTS, walked from the direction of the mall carrying clothing he had looted, approached an individual who was recording the event on a telephone, and stated, "I started this s[**]t."

5. The assemblage continued to riot, vandalize, and loot businesses located in the Champaign-Urbana area throughout May 31, 2020, and into the early morning hours of June 1, 2020. As a result of the riot, approximately 50 businesses in the Champaign-Urbana area were vandalized, looted, or both.

6. On or about May 30, through June 1, 2020, in Champaign County, in the Central District of Illinois,

**SHAMAR BETTS,**

defendant herein, used a facility of interstate commerce, namely, a telephone and the internet, with intent (1) to incite a riot; (2) to organize, promote, encourage, participate in, and carry on a riot; (3) to commit an act of violence in furtherance of a riot; and (4) to aid and abet any person in inciting and participating in and carrying on a riot and committing any act of violence in furtherance of a riot, and during the course of such use, and thereafter, performed and attempted to perform any other overt act, including,

but not limited to, travelling to Market Place Mall and looting from a business, for any purpose specified in (1), (2), (3), and (4) of this paragraph.

A TRUE BILL.

s/Foreperson

FOREPERSON

s/John Milhiser

_____
JOHN C. MILHISER
United States Attorney

ELM