UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 20-cr-20047 |
| SHAMAR BETTS, | ) ) ) |
| Defendant. | ) |

**NOTICE OF APPEAL**

Notice is hereby given the Defendant, SHAMAR BETTS, appeals to the United States Court of Appeals for the Seventh Circuit from this Court's Order of Detention Pending Trial, entered on July 14, 2020.

Respectfully Submitted,
SHAMAR BETTS, Defendant

THOMAS W. PATTON
Federal Public Defender

By:   /s/ Elisabeth R. Pollock
      Assistant Federal Public Defender
      300 West Main Street
      Urbana, IL 61801
      (217) 373-0666
      (217) 373-0667 FAX
      Elisabeth_Pollock@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Eugene Miller.

/s/ Elisabeth R. Pollock
Assistant Federal Public Defender
300 West Main Street
Urbana, IL 61801
(217) 373-0666
(217) 373-0667 FAX
Elisabeth_Pollock@fd.org
