APPEAL

# U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Urbana)
## CRIMINAL DOCKET FOR CASE #: 2:20−cr−20047−MMM−EIL All Defendants

Case title: USA v. Betts
Magistrate judge case number: 2:20−mj−07081−EIL

Date Filed: 07/07/2020

Assigned to: Judge Michael M. Mihm
Referred to: Magistrate Judge Eric I. Long

**Defendant (1)**

**Shamar Betts**  represented by  **Elisabeth R Pollock**
FEDERAL PUBLIC DEFENDER
300 W Main St
Urbana, IL 61801
217−373−0666
Fax: 217−373−0667
Email: Elisabeth_Pollock@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Karl W Bryning**
FEDERAL PUBLIC DEFENDER
Suite 1500
401 Main St
Peoria, IL 61602
309−671−7891
Fax: 309−671−7898
Email: Karl_Bryning@fd.org
*ATTORNEY TO BE NOTICED*

**Pending Counts**                                      **Disposition**

18:2101.F TRAVEL TO INCITE RIOTS On or about 5/30/2020 and 5/31/2020 in Champaign County, defendant did post a flyer inciting, promoting and encouraging a riot in violation of 18 U.S.C. 2101(a)

(1)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:2101.F On 5/31/20 defendant made a post on Facebook with the intent to incite a riot or organize, promote, encourage, participate in or carry on a riot in violation of Title 18 USC Section 2101 | |

**Plaintiff**

| **USA** | represented by | **Eugene L Miller** US ATTY 201 South Vine Urbana, IL 61802 217–373–5875 Fax: 217–373–5891 Email: eugene.miller@usdoj.gov *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Assistant US Attorney* |
|---|---|---|

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 06/05/2020 | 1 | | COMPLAINT as to Shamar N Betts (1). (SKR, ilcd) (Main Document 1 replaced on 6/5/2020) (SKR, ilcd). [2:20−mj−07081−EIL] (Entered: 06/05/2020) |
| 06/05/2020 | 2 | | **+++ SEALED DOCUMENT – ORIGINAL DOCUMENT Complaint UNREDACTED** (SKR, ilcd) [2:20−mj−07081−EIL] (Entered: 06/05/2020) |
| 06/05/2020 | 4 | | MOTION to Unseal Criminal Complaint and Arrest Warrant by USA as to Shamar N Betts. (Attachments: # 1 proposed order)(SKR, ilcd) [2:20−mj−07081−EIL] (Entered: 06/05/2020) |
| 06/05/2020 | 5 | | |

| | | | |
|---|---|---|---|
| | | | ORDER Entered by Magistrate Judge Eric I. Long on 6/5/20 granting 4 Motion to Unseal Case as to Shamar N Betts (1). SEE WRITTEN ORDER. (SKR, ilcd) [2:20–mj–07081–EIL] (Entered: 06/05/2020) |
| 06/05/2020 | | | Arrest of Shamar N Betts in SD/MS. (SKR, ilcd) Modified on 7/6/2020 to correct arrest date pursuant to executed warrant return 8 (SKR, ilcd). [2:20–mj–07081–EIL] (Entered: 06/10/2020) |
| 06/10/2020 | 6 | | Rule 5(c)(3) Documents Received from SD/MS as to Shamar N Betts (Attachments: # 1 SDMS Waiver of Rule 5 hearing, # 2 Order appointing counsel, # 3 Commitment, # 4 Financial, # 5 Consent to Video)(SKR, ilcd) [2:20–mj–07081–EIL] (Entered: 06/10/2020) |
| 06/10/2020 | 7 | | **+++ SEALED DOCUMENT – ORIGINAL DOCUMENT SD/MS Defendant Consent to Video UNREDACTED** (SKR, ilcd) [2:20–mj–07081–EIL] (Entered: 06/10/2020) |
| 06/24/2020 | 8 | | Arrest Warrant Returned Executed on 6/5/20 as to Shamar N Betts. (TC, ilcd) [2:20–mj–07081–EIL] (Entered: 06/24/2020) |
| 07/02/2020 | | | TEXT ORDER as to Shamar N Betts Entered by Magistrate Judge Eric I. Long on 7/2/20. Initial Appearance set for 7/6/2020 at 2:30 PM by video conference from Urbana (court to initiate conference) before Magistrate Judge Eric I. Long. (SKR, ilcd) [2:20–mj–07081–EIL] (Entered: 07/02/2020) |
| 07/02/2020 | 9 | | VIDEO WRIT issued for Shamar N. Betts on 7/6/20 at 2:30 PM before Judge Long. (emailed to USMS). (SKR, ilcd) (Main Document 9 replaced on 7/2/2020) (SKR, ilcd). [2:20–mj–07081–EIL] (Entered: 07/02/2020) |
| 07/06/2020 | 10 | | **+ + PRETRIAL SERVICES REPORT** as to Shamar N Betts (White, Max) [2:20–mj–07081–EIL] (Entered: 07/06/2020) |
| 07/06/2020 | 11 | | **+ + FIRST PRETRIAL SERVICE REPORT ADDENDUM** as to Shamar N Betts (White, Max) [2:20–mj–07081–EIL] (Entered: 07/06/2020) |
| 07/06/2020 | 12 | | NOTICE OF ATTORNEY APPEARANCE: Karl W Bryning appearing for Shamar N Betts (Bryning, Karl) [2:20–mj–07081–EIL] (Entered: 07/06/2020) |
| 07/06/2020 | | | ORAL MOTION for Detention by USA as to Shamar N Betts. (SKR, ilcd) [2:20–mj–07081–EIL] (Entered: 07/06/2020) |
| 07/06/2020 | | | ORAL MOTION to Continue Detention Hearing by Shamar N Betts. (SKR, ilcd) [2:20–mj–07081–EIL] (Entered: 07/06/2020) |
| 07/06/2020 | | | Minute Entry for proceedings held 7/6/20 before Magistrate Judge Eric I. Long. Appearance on behalf of Government by AUSA Eugene Miller by video. Appearance of SHAMAR N BETTS by video. Defendant consents to proceed by video. Cause called for Initial Appearance. Defendant advised of rights including right to counsel. Defendant requests court appointed counsel. Court adopts the financial findings in the Southern District of Mississippi and appoints the Federal Defender's Office. AFPD Elisabeth Pollock and AFPD Karl Brying present by video. AFPD Elisabeth Pollock will be lead counsel. Defendant advised of charges. Cause called for Preliminary Hearing. Preliminary Hearing waived. Court accepts the waiver as knowing and voluntary. Court finds there is probable cause and the case is bound over to the Grand Jury. Oral motion by Government for detention. Cause called for Detention Hearing Oral motion by defendant to continue detention hearing; granted. Detention Hearing and Arraignment set for 7/9/2020 at 2:00 PM by video conference from Urbana (court to initiate conference) before Magistrate Judge Eric I. Long. Writ to issue for defendant's appearance. Defendant ordered detained pending further hearing. Written order of temporary detention to |

| | | | |
|---|---|---|---|
| | | | be entered. Defendant remanded to the custody of the US Marshal. (Court Reporter LC.) (SKR, ilcd) (Court Reporter LC.) (SKR, ilcd) Modified on 7/6/2020 to remove text regarding penalties (SKR, ilcd). [2:20−mj−07081−EIL] (Entered: 07/06/2020) |
| 07/06/2020 | 13 | | ORDER OF TEMPORARY DETENTION PENDING HEARING as to Shamar N Betts Entered by Magistrate Judge Eric I. Long on 7/6/20. SEE WRITTEN ORDER. (SKR, ilcd) [2:20−mj−07081−EIL] (Entered: 07/06/2020) |
| 07/06/2020 | 14 | | VIDEO WRIT issued for Shamar N. Betts on 7/9/20 at 2:00 PM before Judge Long. (emailed to USMS). (SKR, ilcd) [2:20−mj−07081−EIL] (Entered: 07/06/2020) |
| 07/07/2020 | 15 | | INDICTMENT as to Shamar Betts (1) count(s) 1. (JMB, ilcd) Modified on 7/9/2020 to remove middle initial to match name on Indictment (KM, ilcd). (Entered: 07/08/2020) |
| 07/07/2020 | 16 | | +++ **SEALED DOCUMENT − ORIGINAL DOCUMENT Indictment UNREDACTED** (JMB, ilcd) (Entered: 07/08/2020) |
| 07/07/2020 | 17 | | +++ **SEALED DOCUMENT − DEFENDANT INFORMATION SHEET.** (JMB, ilcd) (Entered: 07/08/2020) |
| 07/08/2020 | | | TEXT ORDER OF RECUSAL entered by Judge Colin Stirling Bruce on 7/8/2020. Judge Bruce hereby disqualifies and recuses himself from participation in this matter pursuant to 28 U.S.C. 455(b)(2). Pursuant to instructions from Chief Judge Sara Darrow, this matter is reassigned to Judge Michael M. Mihm for all further proceedings. (JMB, ilcd) (Entered: 07/08/2020) |
| 07/09/2020 | 18 | | + + **SECOND PRETRIAL SERVICE REPORT ADDENDUM** as to Shamar N Betts (White, Max) (Entered: 07/09/2020) |
| 07/09/2020 | | | ORAL MOTION to Continue Detention Hearing by Shamar Betts. (JMB, ilcd) (Entered: 07/09/2020) |
| 07/09/2020 | | | Minute Entry for proceedings held on 7/9/2020 before Magistrate Judge Eric I. Long. Appearance for the Government by AUSA Eugene Miller by video. Defendant SHAMAR BETTS present via video with counsel AFPD Elisabeth Pollock by video. Defendant consents to proceed by video. Arraignment as to Shamar Betts (1) Count 1 held. Defendant sworn; questioned by the Court. Court finds defendant competent to understand the proceedings. Defendant advised of charges and possible penalties. Defendant enters a plea of not guilty to all counts. Scheduling order to be entered. Cause called for detention hearing. Previous oral motion by the Government for detention. Oral motion by the defendant to continue detention hearing, motion GRANTED. Detention Hearing reset for 7/13/2020 at 2:30 PM by video conference from Urbana (court to initiate conference) before Magistrate Judge Eric I. Long Writ to issue for Defendant's appearance. Order of Temporary detention remains in effect. Defendant is remanded to the custody of the US Marshal. (Court Reporter LC.) (JMB, ilcd) (Entered: 07/09/2020) |
| 07/09/2020 | 19 | | VIDEO WRIT issued for Detention hearing set for 7/13/2020 at 2:30PM. Writ emailed to US Marshal. (JMB, ilcd) (Entered: 07/09/2020) |
| 07/09/2020 | 20 | | SCHEDULING ORDER as to Shamar Betts entered by Magistrate Judge Eric I. Long on 7/9/2020. Pretrial Conference set for 8/19/2020 at 2:00 PM in Courtroom B in Urbana before Magistrate Judge Eric I. Long. Jury Selection/ Jury Trial set for 9/8/2020 at 8:45 AM in Courtroom A in Urbana before Judge Michael M. Mihm. See written order. (JMB, ilcd) (Entered: 07/09/2020) |
| 07/13/2020 | 21 | | |

| | | | |
|---|---|---|---|
| | | | + + **THIRD PRETRIAL SERVICE REPORT ADDENDUM** as to Shamar Betts (White, Max) (Entered: 07/13/2020) |
| 07/13/2020 | | | Minute Entry for proceedings held on 7/13/2020 before Magistrate Judge Eric I. Long. Appearance for the Government by AUSA Eugene Miller. Defendant SHAMAR BETTS by video with counsel AFPD Elisabeth Pollock. Defendant consents to proceed by video. Detention Hearing as to Shamar Betts held. Arguments heard. Previous oral motion for detention DENIED. Defendant is ordered released on bond with conditions. (Tape #UR–B: 2:29PM.) (JMB, ilcd) (Entered: 07/13/2020) |
| 07/13/2020 | 22 | | MOTION To stay and revoke release order by USA as to Shamar Betts. (Miller, Eugene) (Entered: 07/13/2020) |
| 07/13/2020 | 26 | | Personal Recognizance Bond Entered as to Shamar Betts (JMB, ilcd) Modified on 7/14/2020 to show the correct filing date. (JMB, ilcd) (Entered: 07/14/2020) |
| 07/13/2020 | 27 | | ORDER Setting Conditions of Release as to Shamar Betts (1) entered by Magistrate Judge Eric I. Long on 7/13/2020. See written order. (JMB, ilcd) (Entered: 07/14/2020) |
| 07/14/2020 | 23 | | RESPONSE to Motion by Shamar Betts re 22 MOTION To stay and revoke release order (Pollock, Elisabeth) (Entered: 07/14/2020) |
| 07/14/2020 | 24 | | TEXT ONLY ORDER as to Shamar Betts: The Government filed an Emergency Motion to Stay and Revoke Release Order 22 asking this Court to stay Magistrate Judge Eric I. Long's order to release Defendant pending de novo review by the Court and to revoke the release order. The Court GRANTS the request to STAY Magistrate Judge Long's order to release Defendant pending de novo review by the Court and RESERVES RULING on the request to revoke the release order. A Motion Hearing on Defendant's Emergency Motion to Stay and Revoke Release Order 22 is set for Tuesday, 7/14/2020 at 3:30 PM by video conference from Urbana before Judge Michael M. Mihm. The Court DIRECTS the Clerk to issue a VIDEO WRIT for Defendant's participation. Counsel for the Government and Defendant should also appear by video at https://join.uc.uscourts.gov/invited.sf?secret=xDxMcCvt7Xgy95G3AHB7PA&id=007395538 and are expected to appear in professional attire. Instructions for the video conference are attached for the attorneys. Entered by Judge Michael M. Mihm on 7/14/2020. (MNS, ilcd) (Entered: 07/14/2020) |
| 07/14/2020 | 25 | | VIDEO WRIT issued for Shamar Betts for 7/14/2020 at 3:30 p.m. before Judge Mihm (emailed to USMS). (KM, ilcd) (Entered: 07/14/2020) |
| 07/14/2020 | 28 | | +++ **SEALED DOCUMENT – ORIGINAL DOCUMENT Bond papers UNREDACTED** (Attachments: # 1 Order setting conditions of release) (JMB, ilcd) (Entered: 07/14/2020) |
| 07/14/2020 | | 10 | Minute Entry for proceedings held on 7/14/2020 before Judge Michael M. Mihm. Appearance for the Government by AUSA Eugene Miller by video. Defendant Shamar Betts present by video with counsel AFPD Elisabeth Pollock and Karl Bryning also present via video. Motion hearing held re Motion 22 to stay and to revoke release order. Arguments heard by the parties. Motion 22 is GRANTED. The Defendant's bond originally ordered by Judge Long is REVOKED and the Defendant is ordered detained. A detention order is to be entered. (Court Reporter JJ.) (JMB, ilcd) (Entered: 07/14/2020) |
| 07/14/2020 | 29 | 9 | ORDER OF DETENTION PENDING TRIAL as to Shamar Betts entered by Judge Michael M. Mihm on 7/14/2020. See written order. (JMB, ilcd) (Entered: 07/14/2020) |
| 07/14/2020 | 30 | | +++ **SEALED DOCUMENT – ORIGINAL DOCUMENT Detention order UNREDACTED** (JMB, ilcd) (Entered: 07/14/2020) |

| | | | |
|---|---|---|---|
| 07/17/2020 | 31 | 7 | NOTICE OF APPEAL (Interlocutory) by Shamar Betts re 29 Order of Detention. (Pollock, Elisabeth) (Entered: 07/17/2020) |
| 07/17/2020 | 32 | | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Motion Hearing Proceedings held 7/14/2020 as to Shamar Betts, before Judge Michael M. Mihm. Court Reporter/Transcriber JJ, Telephone number 309–573–0378. Transcript purchased by: Elisabeth Pollock.<br><br>**IMPORTANT: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e–filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/7/2020. Redacted Transcript Deadline set for 8/17/2020. Release of Transcript Restriction set for 10/15/2020. (KM, ilcd) Modified on 7/17/2020 to correct court reporter's phone number (KM, ilcd). (Entered: 07/17/2020) |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 20-cr-20047 |
| | ) |
| SHAMAR BETTS, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF APPEAL**

Notice is hereby given the Defendant, SHAMAR BETTS, appeals to the United States Court of Appeals for the Seventh Circuit from this Court's Order of Detention Pending Trial, entered on July 14, 2020.

                                Respectfully Submitted,
                                SHAMAR BETTS, Defendant

                                THOMAS W. PATTON
                                Federal Public Defender

                By:    /s/ Elisabeth R. Pollock
                          Assistant Federal Public Defender
                          300 West Main Street
                          Urbana, IL 61801
                          (217) 373-0666
                          (217) 373-0667 FAX
                          Elisabeth_Pollock@fd.org

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 17, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Eugene Miller.

/s/ Elisabeth R. Pollock
Assistant Federal Public Defender
300 West Main Street
Urbana, IL 61801
(217) 373-0666
(217) 373-0667 FAX
Elisabeth_Pollock@fd.org

UNITED STATES DISTRICT COURT
Central District of Illinois

UNITED STATES OF AMERICA
    v

Shamar Betts
Defendant

**ORDER OF DETENTION PENDING TRIAL**

Case Number: 20-20047-01

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. I conclude the following facts require the detention of the defendant pending trial in this case.

PART I - Findings of Fact

____ (1) The defendant is charged with an offense described in 18 U.S.C. §3142(f)(1) and has been convicted of a (federal offense) (state or local offense that would have been a federal offense if a circumstance giving rise to federal jurisdiction had existed) that is:

____ a crime of violence as defined in 18 U.S.C. §3156(a)(4)
____ an offense for which the maximum sentence is life imprisonment or death.
____ an offense for which the maximum term of imprisonment of ten years or more is prescribed in _____*
____ a felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C. §3142(f)(1)(A)-(C) or comparable state or local offenses.

____ (2) The offense described in finding (a) was committed while the defendant was on release pending trial for a federal, state or local offense.

____ (3) A period of not more than five years has elapsed since the (date of conviction) (release of the defendant from imprisonment) for the offense described in finding (1).

____ (4) Findings Nos. (1)(2) and (3) establish a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of (an)other person(s) and the community. I further find that the defendant has not rebutted this presumption.

Alternate Findings (A)

____ (1) There is probable cause to believe that the defendant has committed an offense
for which a maximum term of imprisonment of ten years or more is prescribed in _____
under 18 U.S.C. §924(c)

____ (2) The defendant has not rebutted the presumption established by finding 1 that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

Alternate Findings (B)

✔ (1) There is a serious risk that the defendant will not appear.

✔ (2) There is a serious risk that the defendant will endanger the safety of another person or the community.
_____
_____
_____
_____
_____

Part II - Written Statement of Reasons for Detention

I find that the credible testimony and information submitted at the hearing establishes by (clear and convincing evidence) (a preponderance of the evidence) that
_____
_____
_____
_____
_____
_____

Part III - Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from person awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceedings.

s/Michael M. Mihm

Dated: 7/14/2020  _____  _____
Signature of Judicial Officer

**Michael M. Mihm; U.S. District Court Judge**
Name and Title of Judicial Officer

* Insert as applicable (a) Controlled Substances Act (21USC §801 et seq.): (b) Controlled Substances Import and Export Act (21 USC §951 et seq.) Or (c)(Section 1 of Act of Sept. 15, 1980 (21 USC §955a)

```
MIME-Version:1.0
From:ECF_Returns@ilcd.uscourts.gov
To:ECF_Notices
Bcc:
--Case Participants: Eugene L Miller (caseview.ecf@usdoj.gov, eugene.miller@usdoj.gov,
staci.klayer@usdoj.gov), Karl W Bryning (karl_bryning@fd.org, mary_k_ardis@fd.org,
nia_mdrye@fd.org), Elisabeth R Pollock (elisabeth_pollock@fd.org, kathleen_leifer@fd.org,
maggie_kelly@fd.org, mary_k_ardis@fd.org), Magistrate Judge Eric I. Long
(chambers.long@ilcd.uscourts.gov), Judge Michael M. Mihm (chambers.mihm@ilcd.uscourts.gov)
--Non Case Participants: Probation NEFs (ilcpml_filings@ilcp.uscourts.gov), U.S. Marshals
- Urbana (marshals_urbana@ilcd.uscourts.gov, marshals_urbana@ilcd.uscourts.gov)
--No Notice Sent:

Message-Id:3841306@ilcd.uscourts.gov
Subject:Activity in Case 2:20-cr-20047-MMM-EIL USA v. Betts Order on Motion for
Miscellaneous Relief
Content-Type: text/html
```

# U.S. District Court

## CENTRAL DISTRICT OF ILLINOIS

### Notice of Electronic Filing

The following transaction was entered on 7/14/2020 at 4:45 PM CDT and filed on 7/14/2020

| | |
|---|---|
| **Case Name:** | USA v. Betts |
| **Case Number:** | [2:20-cr-20047-MMM-EIL](#) |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Minute Entry for proceedings held on 7/14/2020 before Judge Michael M. Mihm. Appearance for the Government by AUSA Eugene Miller by video. Defendant Shamar Betts present by video with counsel AFPD Elisabeth Pollock and Karl Bryning also present via video. Motion hearing held re Motion [22] to stay and to revoke release order. Arguments heard by the parties. Motion [22] is GRANTED. The Defendant's bond originally ordered by Judge Long is REVOKED and the Defendant is ordered detained. A detention order is to be entered. (Court Reporter JJ.) (JMB, ilcd)**

**2:20-cr-20047-MMM-EIL-1 Notice has been electronically mailed to:**

Elisabeth R Pollock &nbsp &nbsp Elisabeth_Pollock@fd.org, Kathleen_Leifer@fd.org, Maggie_Kelly@fd.org, Mary_K_Ardis@fd.org

Eugene L Miller &nbsp &nbsp eugene.miller@usdoj.gov, CaseView.ECF@usdoj.gov, staci.klayer@usdoj.gov

Karl W Bryning &nbsp &nbsp Karl_Bryning@fd.org, mary_k_ardis@fd.org, Nia_MDrye@fd.org

**2:20-cr-20047-MMM-EIL-1 Notice has been delivered by other means to:**