# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

August 12, 2020

Before

**DANIEL A. MANION**, *Circuit Judge*
**DAVID F. HAMILTON**, *Circuit Judge*
**MICHAEL B. BRENNAN**, *Circuit Judge*

| | |
|---|---|
| No. 20-2303 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>SHAMAR BETTS,<br>Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 2:20-cr-20047-MMM-EIL-1<br>Central District of Illinois<br>District Judge Michael M. Mihm | |

The following are before the court:

1. **MOTION TO VACATE DETENTION ORDER AND FOR PRETRIAL RELEASE**, filed on July 24, 2020, by counsel for the appellant.

2. **MEMORANDUM IN SUPPORT OF MOTION TO VACATE DETENTION ORDER AND FOR PRETRIAL RELEASE**, filed on July 24, 2020, by counsel for the appellant.

3. **RESPONSE BY APPELLEE TO MOTION TO VACATE DETENTION ORDER AND FOR PRETRIAL RELEASE**, filed on July 31, 2020, by counsel for the appellee.

No. 20-2303 Page 2

4. **REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR RELEASE**, filed on August 7, 2020, by counsel for the appellant.

5. **NOTICE OF FILING PURSUANT TO F.R.A.P. 9(A)**, filed on July 22, 2020, by counsel for the appellant.

**IT IS ORDERED** that the motion to vacate the district court's pretrial detention order and for release is **DENIED.**

form name: **c7_Order_3J**(form ID: **177**)