IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| SHAMAR BETTS, | ) ) |
| Defendant. | ) |

Case No. 20-cr-20047

**POSITION STATEMENT REGARIDNG ORAL ARGUMENT ON PENDING MOTION TO DISMISS**

NOW COMES the Defendant, SHAMAR BETTS, by and through his attorney, ELISABETH R. POLLOCK of the Federal Defender's Office for the Central District of Illinois, and for his Position Statement states as follows:

1. Defendant Shamar Betts is currently charged with one count of violating the Federal Anti-Riot Act. R. 15.

2. Currently pending before the Court are the Defendant's Motion to Dismiss the Indictment and the Government's Response. R. 39, 42.  The Motion has twice been set for hearing and has been twice rescheduled.

3. After conferring with Mr. Betts, the defense wishes to waive oral argument on the Motion and proceed with the Court ruling on the pleadings.

Respectfully submitted,

SHAMAR BETTS, Defendant,

THOMAS PATTON, Federal Public Defender

/s/Elisabeth R. Pollock
Assistant Federal Public Defender
300 West Main Street
Urbana, IL 61801
Phone: 217-373-0666
FAX:   217-373-0667
Email: Elisabeth_Pollock@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

s/ Elisabeth R. Pollock