# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 20-CR-20047 |
| ) | |
| SHAMAR BETTS, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

This matter coming on to be heard on the Petition of the government, and it appearing to the Court that Shamar Betts is now confined in the Champaign County Jail, Urbana, Illinois, in the custody of the Warden thereof; it further appearing that said Shamar Betts is the defendant in this cause and his appearance is necessary in connection with a hearing to be conducted on February 2, 2021, at 1:30 p.m.

The Petition for Writ of Habeas Corpus Ad Prosequendum (#52) is GRANTED. IT IS, THEREFORE, ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued commanding the Warden of Champaign County Jail, Urbana, Illinois, and the United States Marshal for the Central District of Illinois, to transport Shamar Betts to the United States Courthouse, 201 S. Vine Street, Urbana, Illinois, and to produce him before United States Magistrate Judge Eric I. Long in Court Room B, on February 2, 2021, at 1:30 p.m. and on any date necessary for hearing and from day to day thereafter until he shall have been released.

ENTERED:   This 28th day of January 2021.

s/ ERIC I. LONG
_____
ERIC I. LONG
United States Magistrate Judge