# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 20-20047 |
| ) | |
| SHAMAR BETTS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On February 2, 2021, Magistrate Judge Eric I. Long filed a Report and Recommendation Concerning Plea of Guilty. (ECF No. 57). No written objections were filed. Therefore, this Court adopts the Report and Recommendation. The plea of guilty of the Defendant to Count 1 of the Indictment is accepted. The Defendant is adjudged guilty of the offense.

The Sentencing Hearing remains set for June 14, 2021, at 1:00 PM in Urbana before Judge Michael M. Mihm.

ENTERED this 18th day of February, 2021.

s/ Michael M. Mihm
Michael M. Mihm
United States District Judge