UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SHARMAR BETTS, <br><br> Defendant. | No. 20 CR 20047 |

### DECLARATION

Pursuant to 28 U.S.C. § 1746, I, Laura McBride, make the following declaration under penalty of perjury:

1. I am employed as an Investigator for the Federal Public Defender's Office for the Central District of Illinois.

2. On June 9, 2021, I interviewed Sgt. Amber Kocher of the Champaign County Jail.

3. Sgt. Kocher advised that Mr. Betts has been under her direct supervision as a laundry custodian since October 20, 2020 to the present date. Mr. Betts works 6 days per week.

4. In addition to being a good employee, Sgt. Kocher advised that he treats everyone with respect and encourages other inmates to be respectful. In his down time, Mr. Betts has teaching inmates how to play chess. He is a good influence and has shown leadership skills.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Bloomington, Illinois on June 9, 2021.

_____
Laura McBride