AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Central DISTRICT OF Illinois

United States of America

v.

Shamar Betts

## Government's EXHIBIT AND WITNESS LIST

Case Number: 20-20047

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Michael Mihm | E. Miller | E. Pollock/T. Drysdale |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 6/14/2021 | M. Clagg | JB |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 6/14/2021 | x | x | Black Lives Matter Riot flyer; A. Huckstadt; no obj |
| 2 | | 6/14/2021 | x | x | Facebook post from Shamar Betts with Black Lives Matter Riot poster; A. Huckstadt; no obj |
| 3 | | 6/14/2021 | x | x | Cell phone video of riot on 5/31/2021; A. Huckstadt; no obj |
| 4 | | 6/14/2021 | x | x | Cell phone video of riot by Shamar Betts; A. Huckstadt; no obj |
| 5 | | 6/14/2021 | x | x | Facebook Warrant Return from Shamar Betts; A. Huckstadt; no obj |
| 6 | | 6/14/2021 | x | x | Spreadsheet of businesses and losses from riot; A. Huckstadt; no obj |
| 6A | | 6/14/2021 | x | x | White Binder of Victim Loss Documentation |
| 7 | | 6/14/2021 | x | x | Map of Market Place Mall area; L. Carpenter; no obj |
| 8A | | 6/14/2021 | x | x | Photos of Good Vibes front door on 5/31/2021; S. Suderman; no obj |
| 8B | | 6/14/2021 | x | x | Good Vibes storefront boarded up on 6/1/2021; S. Suderman; no obj |
| 8C | | 6/14/2021 | x | x | Sony TV in the parking lot of Good Vibes on 5/31/2021; S. Suderman; no obj |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages