**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff. | No. 20-cr-20047 |
| | Hon. Michael M. Mihm, |
| v. | United States District Judge, |
| | Presiding |
| SHAMAR BETTS, | |
| Defendant. | |

**NOTICE OF APPEAL**

Notice is hereby given that the Defendant, SHAMAR BETTS, appeals to the

United States Court of Appeals for the Seventh Circuit from the Amended Judgment

entered on November 4, 2021.

Respectfully Submitted,

BY:  /s/Thomas A. Drysdale
Assistant Federal Public Defender
300 West Main Street
Urbana, IL 61801
Phone: 217-373-0666
FAX:   217-373-0667
Email: thomas_drysdale@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2021, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system.  A copy was also mailed to the

Defendant.

<u>/s/Thomas A. Drysdale</u>
Assistant Federal Public Defender
300 West Main Street
Urbana, IL 61801
Phone: 217-373-0666
FAX:   217-373-0667
Email: thomas_drysdale@fd.org