# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

November 18, 2021

**To:** Shig Yasunaga
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 21-3157
>
> Caption:
> UNITED STATES OF AMERICA,
>   Plaintiff - Appellee
>
> v.
>
> SHAMAR BETTS,
>   Defendant - Appellant
>
> District Court No: 2:20-CR-20047-MMM-EIL-1
> District Judge Michael M. Mihm
> Clerk/Agency Rep Shig Yasunaga
>
> Date NOA filed in District Court: 11/17/2021

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**   (form ID: **188**)