PROB 12B
(7/93)

# UNITED STATES DISTRICT COURT

for

Illinois Central

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  Shamar Betts

Case Number:  0753 2:20CR20047-001

Name of Sentencing Judicial Officer:  Michael M. Mihm

Date of Original Sentence:  08/19/2021

Original Offense:
Inciting a Riot

Original Sentence:  Prison 36M, TSR 36M

Type of Supervision:  TSR     Date Supervision Commenced:  07/24/2023

## PETITIONING THE COURT

☐ To extend the term of supervision for ____ years, for a total term of ____ years.

☒ To modify the conditions of supervision as follows:

CONDITION NO. 13: You shall serve 6 months in home confinement during your term of supervision. The home confinement will start as soon as possible. You shall be monitored by radio frequency monitoring technology and shall abide by all technology requirements. You shall pay the costs of the program to the extent you are financially able to pay. The U.S. Probation Office shall determine your ability to pay and any schedule for payment, subject to the court's review upon request.

Home Detention: You shall sign the rules of home confinement/location monitoring and comply with the conditions of home confinement. During this time, you will remain at your place of residence except for employment and other activities approved in advance by the U.S. Probation Office. You shall wear a location monitoring device. You shall pay the costs of the program to the extent you are financially able to pay. The U.S. Probation Office shall determine your ability to pay and any schedule for payment, subject to the court's review upon request.

PROB 12B
(7/93)

## CAUSE

On December 2, 2023, Mr. Betts traveled to the State of Kentucky to tend to a personal matter, and did not have permission from the Court or probation officer to leave the Central District of Illinois. On December 7, 2023, Mr. Betts was issued a written reprimand after he admitted to U. S. Probation Officer Burtt, to leaving the Central District of Illinois without permission. .

On January 7, 2024, Mr. Betts traveled to the State of Arkansas to tend to a personal matter, and did not have permission from the Court or probation officer to leave the Central District of Illinois. While in Arkansas, Mr. Betts was arrested for a misdemeanor Driving While Intoxicated - 1st Drugs, Failure to Present Proof of Insurance, and Speeding in Crittenden County, Arkansas Case No. ONS-24-50. His trial date is scheduled for February 8, 2024.

I am recommending that supervised release be modified to include six months of location monitoring. This modification will serve as an appropriate sanction for the behavior and an adequate deterrent for future violation conduct. Mr. Betts signed a Waiver of Hearing to Modify Conditions of Supervised Release form and has agreed to the modification of his supervised release conditions. AUSA Eugene Miller has been advised of the violations and concurs with this course of action.

Respectfully submitted,

by Martin D Burtt
Digitally signed by Martin D Burtt
Date: 2024.01.23 09:31:07 -06'00'

U.S. Probation Officer

Date: 01/23/2024

THE COURT ORDERS:

☐ No action.

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above.

☐ Other

s/ Michael M. Mihm

Signature of Judicial Officer

01/23/2024

Date