UNITED STATES DISTRICT COURT

for

Illinois Central

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:   Shamar Betts USMS No. 22080-043

Case Number:   0753 2:20CR20047-001

Name of Sentencing Judicial Officer:   Honorable Michael M. Mihm

Date of Original Sentence:   08/19/2021

Original Offense:

Inciting a Riot

01/23/2024: Conditions of Supervision were modified to include 6 months of home confinement in response to two separate instances in which Mr. Betts left the state of Illinois without permission.

05/15/2024: A violation report was submitted to the Court, reporting that Mr. Betts was cited for Driving with a Revoked License and suspended registration. No Court action was recommended, and the court Court concurred.

Original Sentence:   Prison 36M, TSR 36M

Type of Supervision:   TSR                                    Date Supervision Commenced:   07/24/2023

Assistant U.S. Attorney:   Eugene L. Miller

Defense Attorney:   Thomas Drysdale

### PETITIONING THE COURT

☒ To issue a warrant

☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | LAW VIOLATION: BURGLARY, FINANCIAL INSTITUTION FRAUD, AND FORGERY.<br><br>MANDATORY CONDITION: You must not commit another federal, state, or local crime.<br><br>On September 17, 2024, Shamar Betts committed Burglary, Financial Institution Fraud, and Forgery. On that date, Officer Steven Moreland, Bloomington Police Department, responded |

PROB 12C
(12/04)

| Violation Number | Nature of Noncompliance |
|---|---|
| | to Credit Union for All, Bloomington, Illinois, for a forgery and theft report. Upon arrival, Officer Moreland spoke to a staff member of the credit union, who reported that Mr. Betts recently completed a digital deposit of a check and withdrew the cash prior to the bank confirming the validity of the deposit. The check was written for the amount of $18,855.88 from Performance Refrigeration, Holly Pond, Alabama. Mr. Betts then completed several ATM withdrawals around the Chicago area. The banks took a total loss of $5,300 from the ATM withdrawals. Mr. Betts attempted to complete a digital deposit of a second check, but the bank had already frozen the account.<br><br>As a result of his behavior, on November 26, 2024, Mr. Betts was indicted on Counts 1 and 2: Burglary; Count 3: Defrauding a Financial Institution/$10K-$100K; Count 4: Defrauding a Financial Institution/$500-10K; Count 5: Forgery. A warrant was issued, and Mr. Betts was arrested on November 27, 2024, and released on bond on December 2, 2024. Mr. Betts is being charged in McLean County Case 24-CF-1269, and he is scheduled to be arraigned on December 13, 2024, at 9:00 A.M. |

U.S. Probation Officer Recommendation:

☒ The term of supervision should be

☒ revoked.

☐ extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/05/2024

Martin D Burtt
Digitally signed by Martin D Burtt
Date: 2024.12.05 14:19:27 -06'00'

U.S. Probation Officer

THE COURT ORDERS:

☐ No action.
☒ The issuance of a warrant.
☐ The issuance of a summons.

PROB 12C
(12/04)

☐ Other

s/ Michael M. Mihm

_____
Signature of Judicial Officer

12/05/2024
_____
Date
