# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 20-CR-20047 |
| ) | |
| SHAMAR BETTS, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO CONTINUE REVOCATION HEARING

Defendant Shamar Betts by his attorney Assistant Federal Public Defender Thomas A. Drysdale moves to continue the revocation hearing for 60 to 90 days and in support states:

1. The final revocation hearing is set for October 15, 2025.

2. Mr. Betts is currently released on bond and complying with all the conditions of his release.

3. The revocation proceedings in this case are based on pending state court charges in McLean County Case 2024-CF-1269. Mr. Betts wishes to resolve his state court charges before proceeding in this case. He has entered a plea of not guilty in that case. The seventh pretrial conference is currently set for November 5, 2025. Currently, the case is on track to go to trial.

4. Accordingly, Mr. Betts seeks a continuance of his final revocation hearing to continue to work towards the resolution of his state court proceedings.

5. The government, through AUSA Eugene Miller has no objection to this Motion. The government, however, has a preexisting jury trial scheduled from November 12, 2025, to

November 21, 2025. Accordingly, a 60 to 90-day continuance will best allow the parties to prepare following the resolution of the state court case.

      6.     The interests of justice support a continuance.

WHEREFORE, Defendant respectfully requests that this Court continue the revocation hearing for at least 60 days and up to 90 days.

Date: October 6, 2025                Respectfully submitted,

                                            SHAMAR BETTS, Defendant

                                            THOMAS PATTON, Federal Public Defender

                                            By: s/Thomas A. Drysdale
                                            Thomas A. Drysdale
                                            Assistant Federal Public Defender
                                            Office of the Federal Public Defender
                                            300 W. Main
                                            Urbana, Illinois 61801
                                            Telephone: (217) 373-0666
                                            Fax: (217) 373-0667
                                            E-mail: thomas_drysdale@fd.org

## CERTIFICATE OF SERVICE

     I hereby certify that on October 6, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the United States Attorney's Office. I also certify I have mailed the foregoing document by First Class Mail within three calendar days to the non-CM/ECF participant: Mr. Shamar Betts.

                                            By: s/Thomas A. Drysdale
                                            Thomas A. Drysdale
                                            Assistant Federal Public Defender